429 A.2d 102

Commonwealth v. Davis, a/k/a Africa, Appellant.

Argued June 11, 1980.   Daniel H. Greene, for appellant; James Bowen Jordan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.

429 A.2d 102

Commonwealth v. Dorris, Appellant.

Submitted March 21, 1980.   Michael J. Cafalo, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.